UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 17-cr-00115 |
| VS. | : | JUDGE WALTER |
| NELSON ANTONIO ORELLANA | : | MAGISTRATE JUDGE KAY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge, [Doc. #23], and in the transcript previously filed herein, [Doc. #25] and having thoroughly reviewed the record, with the defendant having waived the period for filing objections [Doc. #19], and concurring with the finding of the Magistrate Judge under applicable law:

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant **NELSON ANTONIO ORELLANA** on July 13, 2017 before Magistrate Judge Kathleen Kay is **ACCEPTED** by the court, pursuant to the provisions of F.R.Cr.P. 11.

**THUS DONE AND SIGNED** this 18th day of July, 2017.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE